Roby Taylor Chappel, H 39739
PLAINTIFF/PETITIONER/MOVANT'S NAME
H 39739
PRISON NUMBER

Kern Valley State Prison, P.O Box 5104
PLACE OF CONFINEMENT

F.D B3 120, Delano, Calif 93216
ADDRESS

IN PRO PER

# United States District Court
## Southern District Of California

Roby Taylor Chappel,
           Plaintiff/Petitioner/Movant

v.

A. Hedgepeth, Warden,
           Defendant/Respondent

Civil No. 08CV1291-DMS-BLM
(TO BE FILLED IN BY U.S DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Roby Taylor Chappel declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution?          ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                                K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☒ No
    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ~~Dining hall attendant~~

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _____

3. In the past twelve months have you received any money from any of the following sources?:
    a. Business, profession or other self-employment    ☐ Yes ☒ No
    b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
    c. Pensions, annuities or life insurance    ☐ Yes ☒ No
    d. Disability or workers compensation    ☐ Yes ☒ No
    e. Social Security, disability or other welfare    ☐ Yes ☒ No
    e. Gifts or inheritances    ☐ Yes ☒ No
    f. Spousal or child support    ☐ Yes ☒ No
    g. Any other sources    ☐ Yes ☒ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____

4. Do you have any checking account(s)?    ☐ Yes ☒ No
    a. Name(s) and address(es) of bank(s): _____
    b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    ☐ Yes ☒ No
    a. Name(s) and address(es) of bank(s): _____
    b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?    ☐ Yes ☒ No
    a. Make:_____ Year:_____ Model:_____
    b. Is it financed? ☐ Yes ☐ No
    c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. None.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): None.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): None.

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. None. Prison indigent supplies.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

X _7-7-2008_       X _Robert Clapp_
       DATE                    SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant ___Roby Taylor Chappel, H 39739___
(NAME OF INMATE)

___H 39739___
(INMATE'S CDC NUMBER)

has the sum of $ ___0___ on account to his/her credit at ___Kern Valley State Prison___
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____ to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ ___3.03___,

and the *average monthly deposits* to the applicant's account was $ ___3.00___.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

___7/9/08___
DATE

___[signature]___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___Vicki P. Scruggs___
OFFICER'S FULL NAME (PRINTED)

___[signature]___
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)   -4-   K:\COMMON\FORMS\CIV-67

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _____Roby Taylor Chappel, H 39739_____, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

X___7-7-2008___                    X___Roby T Chappel___
        DATE                              SIGNATURE OF PRISONER

```
REPORT ID: TS3030  .701                                   REPORT DATE: 07/09/08
                                                          PAGE NO:         1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            KERN VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 09, 2008

ACCOUNT NUMBER : H39739              BED/CELL NUMBER: FDB300000000122W
ACCOUNT NAME   : CHAPEL, ROBY            ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                             TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE   DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -------------  ---------  ---------  ---------  -----------   -------

01/01/2008   BEGINNING BALANCE                                              0.00

03/19 D320  TRUST FUNDS T 1500/HDSP                 8.50                    8.50
03/20 W516  LEGAL COPY CH 1515/LCOPY                             8.50       0.00
03/25*DD30  CASH DEPOSIT  1530/MR                  18.00                   18.00
04/07 FC04  DRAW-FAC 4    1587/FD1D                             18.00       0.00
04/30 FR01  CANTEEN RETUR 701731                                 0.15-      0.15
05/13 FC04  DRAW-FAC 4    1838/FD2D                              0.15       0.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/04/92                     CASE NUMBER: CR126340
COUNTY CODE: SD                              FINE AMOUNT: $   7,500.00

    DATE       TRANS.    DESCRIPTION              TRANS. AMT.    BALANCE
   -------    -------   -----------------------   -----------   ---------

01/01/2008   BEGINNING BALANCE                                   6,836.05

03/25/08    DR30    REST DED-CASH DEPOSIT           20.00-       6,816.05

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

  BEGINNING   TOTAL      TOTAL        CURRENT     HOLDS      TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS  BALANCE     BALANCE    TO BE POSTED
  --------    --------   -----------  --------    --------   ------------
    0.00       26.50       26.50        0.00       0.00          0.00

                                                  CURRENT
                                                 AVAILABLE
                                                  BALANCE
                                                 ---------
                                                    0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
BY
TRUST OFFICE