1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | KEVIN VIENNA
Supervising Deputy Attorney General
5 | KYLE NIKI SHAFFER, State Bar No. 122374
Deputy Attorney General
6 |  110 West A Street, Suite 1100
   San Diego, CA 92101
7 |  P.O. Box 85266
   San Diego, CA 92186-5266
8 |  Telephone: (619) 645-2226
   Fax: (619) 645-2191
9 |  Email: Niki.Shaffer@doj.ca.gov

10 | *Attorneys for Respondents*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBY TAYLOR CHAPPEL,** | 08cv1291 DMS (BLM) |
| *Petitioner*, | |
| v. | **NOTICE OF APPEARANCE** |
| **A. HEDGPETH,** *Warden*, *et al.*, | |
| *Respondents*. | |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, UNITED STATES MAGISTRATE JUDGE BARBARA L. MAJOR, AND TO PETITIONER:

Please be advised that, as of August 6, 2008, Respondent is now represented by the following as counsel of record:

///

///

///

**KYLE NIKI SHAFFER**

**Deputy Attorney General**

**Office of the Attorney General**

**Department of Justice**

**State of California**

**110 West A Street, Suite 1100**

**San Diego, California 92101**

**Telephone (619) 645-2226**

**Facsimile (619) 645-2191**

**E-mail Niki.Shaffer@doj.ca.gov**

Dated: August 6, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General


   *s*/**KYLE NIKI SHAFFER**

KYLE NIKI SHAFFER
Deputy Attorney General

*Attorneys for Respondents*

KNS:sm
80268779.wpd
SD2008801997

# CERTIFICATE OF SERVICE BY U.S. MAIL

I declare: I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 6, 2008**, I served the following documents:

| NOTICE OF APPEARANCE | *Chappel v. Hedgpeth*<br>United States District Court<br>Southern District of California<br>08cv1291 DMS (BLM) |
|---|---|

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

```
ROBY TAYLOR CHAPPEL
CDC NO  H-39739
KERN VALLEY STATE PRISON
P O BOX  5104
DELANO  CA  93216
```

*Pro se*

**ELECTRONIC MAIL NOTICE LIST**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: None.

**MANUAL NOTICE LIST**
The following are those who are *not* on the list to receive e-mail notices for this case (who therefore require manual noticing): **ROBY TAYLOR CHAPPEL** at the above-named address.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 6, 2008** at San Diego, California.

STEPHEN MCGEE
Declarant

Signature